UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES FOR THE USE OF )<br>MARTIN MARIETTA MATERIALS INC., by )<br>and through its division, MARTIN MARIETTA )<br>AGGREGATES, )<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>DTC ENGINEERS & CONTRACTORS, LLC )<br>and THE HANOVER INSURANCE COMPANY, )<br>      Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-111-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion to Dismiss is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on June 18, 2012, and Copies To:**

Julie Waller Hampton (via CM/ECF Notice of Electronic Filing)
James C. Thornton (via CM/ECF Notice of Electronic Filing)


DATE                                            JULIE A. RICHARDS, CLERK
June 18, 2012                           /s/ Susan K. Edwards
                                                        (By) Susan K. Edwards, Deputy Clerk