UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES FOR THE USE OF ) <br> MARTIN MARIETTA MATERIALS INC., by ) <br> and through its division, MARTIN MARIETTA ) <br> AGGREGATES, ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DTC ENGINEERS & CONTRACTORS, LLC ) <br> and THE HANOVER INSURANCE COMPANY, ) <br>       Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:11-CV-111-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion to Dismiss is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on June 18, 2012, and Copies To:**

Julie Waller Hampton (via CM/ECF Notice of Electronic Filing)
James C. Thornton (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE <br> June 18, 2012 | JULIE A. RICHARDS, CLERK <br>   /s/ Susan K. Edwards <br> (By) Susan K. Edwards, Deputy Clerk |